# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

142431-2 & (30)(35)(37)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN NIEMIEC,
        Defendant-Appellant.

SC: 142431
COA: 298514
Macomb CC: 2006-003114-FH
              2006-003117-FC

_____/

IN RE NIEMIEC

_____

JOHN NIEMIEC,
        Plaintiff-Appellant,

v

MACOMB CIRCUIT COURT,
        Defendant-Appellee.

SC: 142432
COA: 298689
Macomb CC: 2006-003114-FH

_____/

On order of the Court, the application for leave to appeal the December 29, 2010 order of the Court of Appeals is considered, and it is DENIED, as to Docket No. 142431, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D), and as to Docket No. 142432, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is GRANTED. The motion to supplement/amend and the motion to correct invalid sentence are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

t1113